IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| IN RE: | CASE NO. 12-BK-31374 |
|---|---|
| TAMIKO LATRECE GARTH | JUDGE HENLEY A. HUNTER |
| 414 BENSON ST | |
| WEST MONROE, LA 71291 | DATE: 01/28/2015 |
| Debtor | |
| SSN(1): XXX-XX-0186 | |

## NOTICE OF INTENTION TO PAY CLAIMS AND MOTION TO DISALLOW CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty-one (21) days of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any csuch action, the debtor should immediately contact their attorney.

**SPIVEY II JAMES W ATTORNEY**  1,600.00  ATTORNEY
**1515 NORTH 7TH ST**
**WEST MONROE, LA 71291**

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| ABLE FINANCE<br>1010 N 18TH ST<br>MONROE, LA 71201 | 0.00<br>ACCT: 7A2<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| ADVANCE AMERICA<br>112 BLANCHARD STREET<br>WEST MONROE, LA 71291 | 0.00<br>ACCT: 1979<br>COMM: NO POC FILED | 0.00 | SECURED<br>Not filed |
| ALBANY FINANCE<br>501 JONESBORO ROAD<br>WEST MONROE, LA 71292 | 0.00<br>ACCT: 9179<br>COMM: NO POC FILED | 0.00 | SECURED<br>Not filed |
| ALBANY FINANCE<br>501 JONESBORO ROAD<br>WEST MONROE, LA 71292 | 0.00<br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| BAY AREA CREDIT SVCS<br>1901 W 10TH ST<br>ANTIOCH, CA 94509<br>ACCT: 3278<br>COMM: AMR | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| CASH AMERICA<br>1700 CYPRESS STREET<br>WEST MONROE, LA 71291<br>ACCT:<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| CHECK LENDERS<br>1201 N 18TH ST<br>MONROE, LA 71201<br>ACCT:<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| CHECK LENDERS<br>1201 N 18TH ST<br>MONROE, LA 71201<br>ACCT:<br>COMM: NO POC FILED | 0.00 | 0.00 | SECURED<br>Not filed |
| CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374<br>ACCT: 0186- EXPRESS CHECK<br>COMM: UNSEC PER POC | 352.50 | 0.00 | UNSECURED REGULAR |
| FRANKLIN COLLECTION SERVICES<br>2978 W JACKSON STREET<br>TUPELO, MS 38801<br>ACCT: 6504<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| INSOLVE RECOVERY<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX 75312-3203<br>ACCT: 5810<br>COMM: | 1,105.31 | 0.00 | UNSECURED REGULAR |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185<br>ACCT: 0070<br>COMM: IASIS HEALTHCARE | 1,066.66 | 0.00 | UNSECURED REGULAR |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185<br>ACCT: 6537<br>COMM: ACE CASH EXPRESS INC | 302.50 | 0.00 | UNSECURED REGULAR |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE, LA 70896<br>ACCT:<br>COMM: NOTICE ONLY | 0.00 | 100.00 | OTHER |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| MEDICAL DATA SYSTEMS<br>PO BOX 338<br>VERO BEACH, FL  32961 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| OUACHITA VALLEY FEDERAL CREDIT<br>1420 NATCHITOCHES ST<br>WEST MONROE, LA  71292 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| PAYDAY.COM<br>2207 CONCORD<br>WILMINGTON, DE  19803 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| PINNACLE FINANCIAL<br>7825 WASHINGTON AVE STE 410<br>MINNEAPOLIS, MN  55439 | 0.00<br><br>ACCT:<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| QUICK CASH<br>1919 CYPRESS ST<br>WEST MONROE, LA  71291 | 0.00<br><br>ACCT: 7217<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |
| US Dept of Education<br>Bankruptcy Unit<br>POB 65128<br>Saint Paul, MN  55165 | 0.00<br>6.00% INT  ACCT:<br>COMM: PER PLAN- NO POC | 0.00 | GENERAL PRIORITY |
| US Dept of Education<br>Bankruptcy Unit<br>POB 65128<br>Saint Paul, MN  55165 | 2,137.00<br>6.00% INT  ACCT: 5020<br>COMM: PER PLAN- NO POC | 0.00 | GENERAL PRIORITY |
| WORLD ACCEPTANCE CORP<br>PO BOX 6429<br>ATTN BANKRUPTCY PROCESSING CTR<br>GREENVILLE, SC  29606 | 268.16<br><br>ACCT: 732/9387<br>COMM: UNSEC PER POC | 0.00 | UNSECURED REGULAR |

    I herein certify that a copy of this notice was served upon the Debtor, the Debtor attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 01/28/2015                              /S/ E. EUGENE HASTINGS
                                              E. EUGENE HASTINGS, TRUSTEE